**ATTACHMENT A**

**CRIMINAL CHARGE**

On or about July 24, 2019, in Newton County, in the Western District of Missouri, the defendant, **JAMES G. WILSON**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Hi-Point brand, CF380 model, .380-caliber pistol, bearing serial number P8082955; and the firearm was in and affecting interstate commerce. All in violation of Title 18, United States Code Sections 922(g)(1) and 924(a)(2).

**RANGE OF PUNISHMENT:**

18 U.S.C. §§ 922(g)(1) and 924(a)(2)
NMT 10 Years Imprisonment
NMT $250,000 fine
NMT 3 Years Supervised Release
Class C Felony

$100 Mandatory Special Assessment